

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

---

*Robert Frazer*
*United States Attorney*

*Brooks E. Doyne*
Assistant U.S. Attorney

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
*Brooks.Doyne@usdoj.gov*

*main:*  (973) 645-2700
*direct:* (973) 297-4390
*fax:*   (973) 297-2010

April 27, 2026

**BY ECF**
Honorable Robert Kirsch, U.S.D.J.
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Federal Building and U.S. Courthouse
402 E State Street
Trenton, NJ 08608

> Re:  ***Perez v. Rokosky,*** **No. 26-3462(RK)**
> **Voluntary Dismissal of Habeas**

Dear Judge Kirsch:

This Office represents Respondents in the above-referenced immigration habeas matter. We respectfully write to provide an update to the Court regarding the status of this case. On April 23, 2026, Petitioner's request to voluntary depart was granted. *See* Exhibit A. Per the Order of the Immigration Judge, Petitioner must depart on or before May 26, 2026. *Id.* In conferring with Petitioner's counsel, Matthew J. Archambeault, Esq., the parties agree this habeas petition has been rendered moot. The parties therefore respectfully request that Your Honor close this case.

We thank the Court for its attention to this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By:  *s/ Brooks E. Doyne*
BROOKS E. DOYNE
Assistant U.S. Attorney
*Attorneys for Respondents*

cc:    Counsel of record (by ECF)

SO ORDERED

Robert Kirsch, U.S.D.J.
Date:  4/28/2026